Certificate Number: 03621-MOW-DE-018976504

Bankruptcy Case Number: 12-43093



03621-MOW-DE-018976504

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 19, 2012</u>, at <u>7:03</u> o'clock <u>PM EDT</u>, <u>Barbetta Croft</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Missouri</u>.

Date: <u>August 20, 2012</u>　　　By: <u>/s/Heather Aho</u>

　　　　　　　　　　　　　　　Name: <u>Heather Aho</u>

　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>